IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TOMMIE A. WINTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2346-KHV |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $4,975.01.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$4,975.01**. The check to the Plaintiff shall be mailed to the Plaintiff's attorney at Ross E. Stubblefield, Esq., Midland Professional Associates, 2307 South Outer Road, Suite 207, Blue Springs, MO 64015.

IT IS SO ORDERED.

Dated this 8th day of May, 2007.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
UNITED STATES DISTRICT JUDGE

APPROVED BY:


 s/ Ross E. Stubblefield
Ross E. Stubblefield, Ks. S. Ct. #15409
Midland Professional Associates
2307 South Outer Road, Suite 207
Blue Springs, MO 64015
Tel: (816) 220-8200
Fax: (816) 228-6576
E-mail: ross@midlandgrp.com

Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney


 s/ David Zimmerman
DAVID D. ZIMMERMAN
Assistant United States Attorney
Kan. Fed. Bar No. 23486
500 State Avenue, Suite 360
Kansas City, KS 66101
Tel: (913) 551-6730
Fax: (913) 551-6541
E-mail: david.zimmerman@usdoj.gov

Attorneys for the United States